UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CATHERINE WOYTOWICZ**, | ) ) ) | |
| Plaintiff, | ) ) | Case No. _____ |
| v. | ) ) ) | |
| **THE GEORGE WASHINGTON UNIVERSITY**, **RORY MUHAMMAD, MICHAEL M. KING, ERIC J. ARNESEN, AND CHRISTOPHER ALAN BRACEY**, | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

PLEASE TAKE NOTICE that Defendants The George Washington University, Rory Muhammad, Michael M. King, Eric J. Arnesen, and Christopher Alan Bracey ("Defendants") respectfully remove the above-captioned case from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1441, and as grounds therefore state as follows:

1. On or about November 15, 2017, Plaintiff Catherine Woytowicz ("Plaintiff") filed a complaint against Defendants in the Superior Court of the District of Columbia and the case was assigned Case No. 2017 CA 007711 B in the records and files of that court ("Superior Court Action").

2. On November 20, 2017, Plaintiff served a copy of the summons and complaint in the Superior Court Action on counsel for Defendants, who had agreed on behalf of Defendants to accept service.

3. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is Plaintiff's summons and complaint, and attached hereto as **Exhibit B** are copies of all other process and pleadings served upon Defendants in the Superior Court Action. To Defendants' knowledge, no further proceedings have been conducted in the Superior Court Action.

4. The Superior Court Action is a suit of a wholly civil nature of which the United States District Court for the District of Columbia has original jurisdiction under 28 U.S.C. § 1331. Plaintiff's complaint alleges causes of action against Defendants under, *inter alia*, the First and Fifth Amendments to the United States Constitution, 42 U.S.C. § 1983, and 42 U.S.C. § 1985. Ex. A (Complaint) ¶¶ 3, 463-510. In addition, Plaintiff's claim styled as a breach of contract implicates Section 301 of the Labor Management Relations Act, 29 U.S.C. § 185, because it involves the interpretation of a collective bargaining agreement. *See id.* ¶¶ 529-536. Thus, there is federal question jurisdiction and the Superior Court Action may be removed to this Court pursuant to 28 U.S.C. § 1441.

5. All Defendants consent to this removal.

6. Pursuant to 28 U.S.C. § 1446(b), Defendants are filing this Notice of Removal within thirty days of the date they were served with, or otherwise received a copy of, the summons and complaint in the Superior Court Action.

7. Pursuant to 28 U.S.C. § 1446(d), Defendants shall provide written notice of the filing of this Notice of Removal to Plaintiff and are filing a copy of this Notice of Removal with the Clerk of the Superior Court of the District of Columbia.

WHEREFORE, Defendants hereby invoke the jurisdiction of this Court and remove the Superior Court Action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Dated:  December 18, 2017

                        Respectfully submitted,

                         */s/ William D. Nussbaum*
William D. Nussbaum (D.C. Bar No. 941815)
Aaron J. Kornblith (D.C. Bar No. 1024077)
Saul Ewing Arnstein & Lehr LLP
1919 Pennsylvania Avenue NW
Suite 550
Washington, D.C. 20006
(202) 295-6652 Tel.
(202) 295-6715 Fax
wnussbaum@saul.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on this 18th day of December, 2018, a true and correct copy of the foregoing **NOTICE OF REMOVAL** was filed via the Court's electronic filing system and served on the following party via U.S. Mail and email:

Richard T. Seymour
Law Office of Richard T. Seymour, P.L.L.C.
Suite 900, Brawner Building
888 17th Street, N.W.
Washington, DC 20006-3307
rick@rickseymourlaw.net
*Counsel for Plaintiff*

                         */s/ William D. Nussbaum*
                         William D. Nussbaum